JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 789  --  In re Triad American Energy Securities Litigation

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 88/09/07 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS, CERTIFICATE OF SERVICE -- Atlantic Financial Federal -- Suggested District: E.D. Pennsylvania -- Suggested Judge: |
| 88/09/19 |  | APPEARANCES:  STEVEN M. COREN, ESQ. for Bay Cities National Bank; RANDY J. McCLANAHAN, ESQ. for Atlantic Financial Savings Bank; EDWARD F. BORDEN, JR., ESQ. for Mark and Phyllis Roseman; GERARD P. EGAN, ESQ. for Lawrence Alten, et al.; MILES H. SHORE, ESQ. for Atlantic Financial Federal, David Barr, Raymond Giannini,  and Leslie Aitken; RICHARD P. TOWNE, ESQ. for Bruce Berman |
| 88/09/21 |  | APPEARANCE -- WILLIAM J. DONOHUE, ESQ. for C. R. Kennelly and So Nyum Kennelly (ds) |
| 88/09/21 |  | APPEARANCE -- EDWARD K. WHITE, III, ESQ. for John E. Cogan, et al.  (ds) |
| 88/09/23 |  | APPEARANCE -- O. CLAYTON LILIENSTERN, ESQ. for Deloitte Haskins & Sells  (ds) |
| 88/09/26 | 2 | RESPONSE/BRIEF -- deft. Bay Cities National Bank w/cert. of svc.  (ds) |
| 88/09/26 | 3 | MEMORANDUM -- SoNyum Kennelly and Cornelius R. Kennelly w/cert. of svc.  (ds) |
| 88/09/27 | 4 | RESPONSE (to pldg. #1) -- pltf. Lawrence Alten, et al. -- w/cert. of service (cds) |
| 88/09/27 | 5 | RESPONSE (to pldg. #1) -- pltfs. John E. Cogan, et al. -- w/Exhibit A and B and cert. of service (cds) |
| 88/09/27 | 6 | RESPONSE/BRIEF (to pldg. #1) -- deft. Deloitte Haskins & Sells -- w/cert. of service (cds) |
| 88/10/07 |  | HEARING ORDER -- setting motion to transfer for Panel hearing on November 17, 1988 in New Orleans, LA  (cds) |
| 88/10/26 | 7 | RESPONSE/BRIEF -- (to Pldg. #1) Paul Duffy and Billie Duffy -- w/cert. of svc. (rh) |

p. 2

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 789

| | | |
|---|---|---|
| 88/11/16 | | HEARING APPEARANCES: (Hearing on 11/17/88 in New Orleans, Louisiana) -- MILES H. SHORE, ESQ. for Atlantic Financial Federal, David Barr, Raymond Giannini and Leslie Aithen; ROBERT P. BECKHAM, ESQ. for Bay Cities National Bank; PATRICIA M. ROSENDAHL, ESQ. for Paul and Billie Duffy and EDWARD K. WHITE, III, ESQ. for John E. Cogan, et al., David Bruno, Joella M. Bruno, Kenneth A. Rowell, Linda, L. Rowell, Herman J. Schliesing, Larry I. Serota, Shelly R. Serota, Brent H. Wallace, Sterling M. Russell, Jo Ann Russeell, Ronald E. M. Ruseel and Nancy E. Fox (rh) |
| 88/11/16 | | WAIVER OF ORAL ARGUMENT: (Hearing on 11/17/88 in New Orleans, Louisiana) -- Mark Roseman; Cornelius R. Kennelly; So Nyum Kennelly; Atlantic Financial Savings Bank; Delotte, Haskins & Sells; Lawrence Alten, et al. and Robert M. Nathanson (rh) |
| 88/11/28 | 8 | NOTICE OF POTENTIAL TAG-ALONG ACTIONS -- Filed by Atlantic Financial Federal -- Frank E. Dickson v. Triad American Energy, et al., S.D. Texas, C.A. No. H-88-3457 and Eugene Aaron, v. T.A.E.I., Inc., a/k/a/ Triad American Energy, Inc., et al., E.D. Pennsylvania, C.A. No. 88-8512 -- w/cert. of svc. (rh) |
| 89/01/03 | | CONSENT OF TRANSFEREE COURT -- consenting to the assignment of litigation to the Honorable James De Anda for coordinated or consolidated pretrial proceedings. (ds) |
| 89/01/03 | | TRANSFER ORDER -- transferring A-1, A-2, A-8 and A-12 to the Southern District of Texas for coordinated or consolidated pretrial proceedings -- Notified involved clerks, judges, counsel and misc. recipients. (ds) |
| 89/01/10 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-13 Eugene Aaron, et al. v. T.A.E.I., Inc., a/k/a Triad American Energy, Inc., et al., E.D. Pennsylvania, C.A. No. 88-8512 -- Notified involved counsel and judges. (ds) |
| 89/01/17 | 9 | LETTER -- Filed by Atlantic Financial Federal (dated 1/11/89) -- Re: Additional Information on A-2, A-4, A-6 and A-7 -- w/Orders and cert. of svc. (rh) |

JPML FORM 1A

. 9.3

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 789 -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 89/01/26 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-13 Eugene Aaron, et al. v. T.A.E.I., Inc., a/k/a Triad American Energy, Inc., et al., E.D. Pennsylvania, C.A. No. 88-8512 -- Notified involved judges and clerks (rh) |
| 90/05/09 | 10 | MOTION FOR TRANSFER OF TAG-ALONG ACTION (B-16 Johnson) -- filed by pltf. Paul A. Johnson, et al. -- w/Brief, Schedule, Exhibit and cert. of service (ΡΕΑΦΥ (received 5/7/90) (cds) |
| 90/05/15 | | AMENDED EXHIBIT A (Schedule) -- attached to pldg. #10 (cds) |
| 90/05/25 | 11 | RESPONSE/MEMORANDUM (to pldg. #10) -- deft. Investacorp, Inc. -- w/cert. of service (cds) |
| 90/05/30 | 12 | RESPONSE (to pldg. #10) -- deft. Mitchell Montgomery Associates -- w/cert. of service (cds) |
| 90/05/30 | 13 | RESPONSE (to pldg. #10) -- defts. Caprock Securities, Inc. and Fred Jobe -- w/letter (accepted for filing) -- w/cert. of service (cds) |
| 90/06/14 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-18 Atlantic Financial Savings Bank v. Robert H. Gibson, et al. v. Resolution Trust Corporation, et al., D. District of Columbia, C.A. No. 90-CV-1122 -- Notified involved counsel and judges (rh) |
| 90/06/18 | | HEARING ORDER -- setting motion to transfer B-16 for Panel hearing on July 27, 1990 in St. Paul, Minnesota (sg) |
| 90/06/19 | 14 | REPLY (to pldg. #11) -- pltfs. Paul A. Johnson, et al. w/cert. of svc. (ds) |
| 90/07/02 | 15 | SUGGESTION OF BANKRUPTCY -- Filed by Bruce Berman (re: B-16) -- w/cert. of svc. (received 7/2/90) (rh) |
| 90/07/02 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-18 Atlantic Financial Savings Bank v. Robert H. Gibson, et al. v. Resolution Trust Corporation, et al., D. District of Columbia, C.A. No. 90-CV-1122 -- Notified involved judges and clerks (rh) |
| 90/07/18 | | APPEARANCE: VICTOR HARRIS, ESQ. for Resolution Trust Company as Receiver for Atlantic Financial Federal (received 7/16/90) (cds) |

JPML FORM 1A

P.4

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ____ -- _____

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 90/07/27 | | WAIVERS OF ORAL ARGUMENT -- All parties waived (ds) |
| 90/08/03 | | TRANSFER ORDER -- B-16 Paul A. Johnson, et al. v. Investacorp, Inc., et al., N.D. Texas, C.A. No. CA3-89-2607-H (transferred to the Southern District of Texas) -- Notified involved judges, clerks and counsel (rh) |
| 90/09/26 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-19 Atlantic Financial Federal v. Lee R. Kunz, II, et al., E.D. Pennsylvania, C.A. No. 89-8185 -- Notified involved counsel and judges (sg) |
| 90/10/12 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-19 Atlantic Financial Federal v. Lee R. Kunz, II, et al., E.D. Pennsylvania, C.A. No. 89-8185 -- Notified involved judges and clerks (rh) |
| 91/01/24 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-20 Resolution Trust Corporation as Conservator for Atlantic Financial Savings, F.A. v. Mark Roseman, et al., D. District of Columbia, C.A. No. 90-CV-2468 -- Notified involved counsel and judges (sg) |
| 91/02/12 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-20 Resolution Trust Corporation as Conservator for Atlantic Financial Savings, F.A. v. Mark Roseman, et al., D. District of Columbia, C.A. No. 90-CV-2468 -- Notified involved clerks and judges (sg) |
| 91/02/13 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-21 Resolution Trust Corporation as Conservator of Atlantic Financial Savings, F.A., v. Glenn E. Miller, et al. v. Atlantic Financial Savings Bank, et al., D. District of Columbia, C.A. No. 91-0092 -- Notified involved counsel and judges. (ds) |
| 91/03/01 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-21 Resolution Trust Corp. as Conservator of Atlantic Financial Savings, F.A. v. Glenn E. Miller, et al. v. Atlantic Financial Savings Bank, et al., D. District of Columbia, C.A. No. 91-0092 -- Notified involved judges and clerks (rh) |

B. 5

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 789 -- In re Traid American Energy Securities Litigation

| Date | No. | Pleading Description |
|---|---|---|
| 91/03/04 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-22 Resolution Trust Corp. v. Richard G. Engel; Richard G. Engel v. Resolution Trust Corp., et al., C.D. California, C.A. No. 90-CV-190 -- Notified involved counsel and judges (rh) |
| 91/03/19 | 16 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- filed by deft. Richard G. Engel (Resolution Trust Corporation v. Richard G. Engel; Richard G. Engel v. Resolution Trust Corporation, et al., C.D. Cal., C.A. No. 90-190) -- Notified involved counsel and judges. (ds) |
| 91/03/22 | 17 | NOTICE OF OPPOSITION -- filed by deft. Michael A. Abraham (re: B-22 Resolution Trust Corporation v. Richard G. Engel; Richard G. Engel v. Resolution Trust Corp., et al., C.D. Cal., C.A. No 90-CV-190) -- Notified involved counsel and judges. (ds) |
| 91/04/04 | 18 | MOTION, BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- Filed by Deft. Michael A. Abraham in B-22 Resolution Trust Corporation v. Richard G. Engel; Richard G. Engel v. Resolution Trust Corporation, et al., C.D. California, C.A. No. 90-CV-190 -- w/cert. of svc. (rh) |
| 91/04/04 | 19 | MOTION, BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- Filed by Deft. Richard G. Engel in B-22 Resolution Trust Corporation v. Richard G. Engel; Richard G. Engel v. Resolution Trust Corporation, et al., C.D. California, C.A. No. 90-CV-190 -- w/cert. of svc. (rh) |
| 91/04/16 | | HEARING ORDER -- setting oppositions of defts. Michael A. Abraham and Richard G. Engel to transfer for Panel hearing in New York, N.Y., on May 31, 1991 (ds) |

JPML FORM 1A

R.6

### DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 789 -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 91/04/24 | 20 | RESPONSE -- (to pldgs. #18 & 19) Resolution Trust Corp. -- w/cert. of svc. (rh) |
| 91/04/29 | 21 | REPLY -- Filed by Deft. Michael A. Abraham -- w/cert. of svc. (rh) |
| 91/05/22 | 22 | REPLY -- Filed by deft. Richard G. Engel -- w/cert. of svc. (sg) |
| 91/05/29 | | HEARING APPEARANCES -- for hearing on 5/31/91, New York, New York -- JAMES TOLEDANO, ESQ. for Richard G. Engel; KAREN J. KUBIN, ESQ. for Michael A. Abraham and MILES H. SHORE, ESQ. for Resolution Trust Corp. (ds) |
| 91/05/29 | | WAIVERS OF ORAL ARGUMENT -- Deloitte & Touche, R.B. Marich, Inc., David Lutz, Cogan Plaintiffs, Corroon & Black of Missouri, Inc., Investacorp, Inc., Mitchell Montgomery Associates and John L. Mitchell (ds) |
| 91/06/07 | | TRANSFER ORDER -- (B-22) Resolution Trust Corp., et al. v. Richard G. Engel, et al.; Richard G. Engel v. Resolution Trust Corp. et al., C.D. California, C.A. No. 90-CV-190 (Transferred to the Southern District of Texas) -- Notified involved counsel, judges, clerk, and panel judges (sg) |
| 91/06/21 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-23 Resolution Trust Corporation as Conservator of Atlantic Financial Savings, F.A. v. Yoshio Terajima; Patricia Terajima v. Resolution Trust Corporation, et al., D. District of Columbia, C.A. No. 91-0496 -- Notified involved counsel and judges (rh) |
| 91/07/09 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-23 Resolution Trust Corporation as Conservator of Atlantic Financial Savings, F.A. v. Yoshio Terajima; Patricia Terajima v. Resolution Trust Corporation, et al., D. District of Columbia, C.A. No. 91-0496 -- Notified involved judges and clerks (rh) |

P. 7

JPML FORM 1A

### DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 789 -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 91/07/17 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-24 Resolution Trust Corporation as Receiver for Atlantic Financial Federal v. Myra Berman, D. District of Columbia, C.A. No. 90-2571 -- Notified involved counsel and judges  (sg) |
| 91/08/02 | 23 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- Filed by deft. Myra Berman in (B-24) Resolution Trust Corporation as Receiver for Atlantic Financial Federal v. Myra Berman, D. District of Columbia, C.A. No. 90-2571 -- Notified involved counsel and judges  (sg) |
| 91/08/15 | | HEARING ORDER -- setting opposition of deft. Myra Berman to transfer of B-24 for Panel hearing on September 27, 1991 in Colorado Springs, Colorado -- Notified involved clerk, judges and counsel (ds) |
| 91/08/16 | 24 | REQUEST FOR EXTENSION OF TIME TO FILE MOTION TO VACATE CONDITIONAL TRANSFER ORDER -- Filed by  Deft. Myra Berman for Sixty Day Extension -- GRANTED to and including October 18, 1991 -- Notified involved counsel  (sg) |
| 91/08/27 | | ORDER GRANTING EXTENSION OF TIME AND VACATING THE SEPTEMBER 27, 1991 HEARING -- B-24 Resolution Trust Corporation as Receiver for Atlantic Financial Federal v. Myra Berman, D. District of Columbia, C.A. No. 90-2571 -- Notified involved counsel, judges and clerks (rh) |
| 91/10/18 | 25 | WITHDRAWAL OF OPPOSITION (pldg. #23 -- filed by deft. Myra Berman w/cert. of svc. (ds) |
| 91/10/28 | | ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER -- B-24 Resolution Trust corp. as Receiver for Atlantic Financial Federal v. Myra Berman, D.D.C., C.A. No. 90-2571 -- Notified involved clerks, judges and counsel (ds) |
| 92/02/04 | | CONDITIONAL REMAND ORDERS FILED TODAY -- (A-1) Atlantic Financial Federal v. Cornelius R. Kennelly, et al., S.D. Texas, C.A. No. H-89-0066 (D. Alaska, C.A. No. A88-291-Civil); (A-8) Lawrence Alten, et al. v. T.A.E.I., Inc., et al. S.D. Texas, C.A. No. H-89-0069 (E.D. Pennsylvania, C.A. No. 87-8343); (A-12) Atlantic Financial Federal v. Robert M. Nathanson, S.D. Texas, C.A. No. H-89-0070 (E.D. Pennsylvania, C.A. No. 88-5298) Notified involved counsel and judges (kac) |

JPML FORM 1A                                                          *P8*

                            DOCKET ENTRIES

              JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 789 --   _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 92/02/18 | 26 | NOTICE OF OPPOSITION -- (TO CROs) -- plaintiffs A-8 Lawrence Alten, et al. and defendants Robert Nathanson (A-12) Atlantic Financial v. Nathanson -- Notified invovlved counsel and judges. |
| 92/02/18 | 27 | NOTICE OF OPPOSITION -- (To CRO) defendant Delotitte & Touche (A-8) Lawrence Alten v. Triad -- Notified inovlved counsel & judges.   (rew) |
| 92/02/18 | 28 | SUGGESTION OF REMAND OF CONDITIONAL REMAND ORDERS FILED ON FEBRUARY 4, 1992 -- signed by Judge James DeAnda, dtd 1/24/92 (A-1, A-8 and A-12) (logged 2/18/92 - filed 2/4/92) (ds) |
| 92/02/19 | 29 | NOTICE OF OPPOSITION -- (to CRO) defendant Commerce Bank (A-8) Lawrence Alten, et al. v. T.A.E.I., a/k/a Triad American Energy, Inc., et al. -- Notified involved counsel (bas) |
| 92/02/20 | | CONDITIONAL REMAND ORDER FINAL TODAY -- (A-1) Atlantic Financial Federal (RTC) v. Cornelius R. Kennelly, et al., S.D. Texas, C.A. No. H-89-0066 (D. Alaska, C.A. No. A88-291-Civil) -- Notified involved judge and clerks (bas) |
| 92/02/25 | 30 | NOTICE OF OPPOSITION -- (to CRO) filed by plaintiff Cogan (re: A-8 Lawrence Alten, et al. v. T.A.E.I., a/k/a Triad American Energy, et al., S.D. Texas, C.A. No. H-89-0069) -- Notified involved counsel and judge (bas) |
| 92/03/04 | 31 | MOTION, BRIEF TO VACATE CONDITIONAL REMAND ORDERS-- Filed by pltfs. in A-8 Alten, et al., S.D. Tex., #89-0069 (E.D. Pa., #87-8343 and Filed by Deft. Robert M. Nathanson in A-12 Atlantic Financial Federal v. Robert Nathanson, S.D. Tex., # 89-0070 (E.D. Pa., #88-5298 -- w/cert. of svc. (rh) |
| 92/03/04 | 32 | MOTION, BRIEF TO VACATE CONDITIONAL REMAND ORDER -- Filed by Deft. Deloitte & Touche in A-8 Alten, et al., S.D. Tex., #89-0069 (E.D. Pa., #87-8343) -- w/cert. of svc. (rh) |

JPML FORM 1A

*p 9*

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. *789* -- _____

| Date | Pldg. | Pleading Description |
|------|------|----------------------|
| 92/03/05 | 33 | MOTION, BRIEF TO VACATE CONDITIONAL REMAND ORDER -- Filed by Deft. CommerceBank in A-8 Alten, S.D. Tex., #89-0069 (E.D. Pa., #87-8343) -- w/cert. of svc. (received 3/4/92) (rh) |
| 92/03/23 | 34 | RESPONSE -- (to pldg. #31) Filed by Deft. Bay Cities National Bank -- w/cert. of svc. (rh) |
| 92/03/24 | 35 | RESPONSE -- (to pldgs. #31, 32, and 33) filed by Resolution Trust Corporation as Receiver for Atlantic Financial Federal -- w/Exhibits A-C and cert. of svc. (rh) |
| 92/04/15 | | HEARING ORDER -- Setting oppositions of certain parties in **A-8 Alten, et al. and A-12 Atlantic Financial Federal** to remand for Panel Hearing in Santa Fe, New Mexico on May 29, 1992  -- Notified involved counsel, judges and clerks (rh) |
| 92/04/20 | 36 | SUGGESTION OF REMAND -- For B-18, B-20, B-21 and B-23 --signed by Judge James DeAnda in the Southern District of Texas (dated 04/02/92)  (kac) |
| 92/04/20 | | CONDITIONAL REMAND ORDER FILED TODAY -- (B-18) Atlantic Financial Savings Bank v. Gibson, et al., S.D. Texas #91-806 (D.D.C. #90-CV-1122); (B-20) Resolution Trust Corporation etc. v. Roseman, et al., S.D. Texas #91-642 (D.D.C. #90-CV-2468); (B-21) Resolution Trust Corporation, etc. v. Miller, et al., S.D. Texas, # 91-809 (D.D.C. #91-0092); (B-23) Resolution Trust Corporation, etc. v. Terajima, et al., S.D. Texas, #91-2075 (D.D.C. #91-0496) -- Notified involved counsel and judge  (kac) |
| 92/05/06 | | CONDITIONAL REMAND ORDERS FINAL TODAY --  (B-18) Atlantic Financial Savings Bank v. Gibson, et al., S.D. Texas #91-806 (D.D.C. #90-CV-1122); (B-20) Resolution Trust Corporation etc. v. Roseman, et al., S.D. Texas #91-642 (D.D.C. #90-CV-2468); (B-21) Resolution Trust Corporation, etc. v. Miller, et al., S.D. Texas, # 91-809 (D.D.C. #91-0092); (B-23) Resolution Trust Corporation, etc. v. Terajima, et al., S.D. Texas, #91-2075 (D.D.C. #91-0496) -- Notified involved clerks and judge  (kac) |

JPML FORM 1A                                                    P.10

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 789 -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 92/05/21 | 37 | SUGGESTION FOR REMAND -- For B-16 Signed by Judge James DeAnda in Southern District of Texas (Dated 5/12/92) (rh) |
| 92/05/21 | | CONDITIONAL REMAND ORDER FILED TODAY -- B-16 Paul A. Johnson, et al. v. Investacorp, Inc., et al., S.D. Texas, C.A. No. H-91-363 (N.D. Texas, C.A. No. CA3-89-2607-H) -- Notified involved counsel and judge (rh) |
| 92/05/26 | | HEARING APPEARANCES (for Panel Hearing on May 29, 1992 in Santa Fe, New Mexico) -- DEAN R. PHILLIPS, ESQ. or EDWARD K. WHITE, III, ESQ. for the Alten plaintiffs, including Robert M. Nathanson; O. CLAYTON LILIENSTERN, ESQ. or GREGG C. LASWELL, ESQ. or LAURA B. EASTMAN, ESQ. for Deloitte & Touche; MILES H. SHORE, ESQ. for Resolution Trust Corp.; ROBERT P. BECKHAM, ESQ. for Bay Cities National Bank (bas) |
| 92/05/26 | | WAIVERS OF ORAL ARGUMENT -- CommerceBank; Yoshio and Patricia Terajima; Paul and Billie Duffy; Paul A. Johnson, et al.; R.B. Marich, Inc. and David Lutz; Investacorp, Inc. and John L. Mitchell/Mitchell Montgomery Associates; Caprock Securities, Inc. and Fred Jobe (bas) |
| 92/06/03 | | REMAND ORDER -- (A-8) Alten, et al. v. Triad, Inc., et al., S.D. Texas, H-89-0069 (E.D. Pa., 87-8343); (A-12) Atlantic v. Nathanson, S.D. Tx, H-89-0070 (E.D. Pa., 88-5298) -- Order lifts stay of CROs filed on 2/4/92 - Notified involved counsel, judges, clerk, hearing clerk and panel judges (bas) |
| 92/06/04 | 38 | NOTICE OF OPPOSITION TO CONDITIONAL REMAND ORDER -- Filed by pltfs. Paul A. Johnson, et al. (B-16), Paul A. Johnson , et al. v. Investacorp, Inc., et al., S.D. Texas, C.A. No. H-91-363 (N.D. Texas, C.A. No. CA3-89-2607-H) -- Notified involved counsel and judge (dld) |
| 92/06/19 | | HEARING ORDER -- setting opposition of pltfs. Paul A. Johnson, et al. to remand B-16 for Panel hearing on July 31, 1992 in Richmond, Virginia -- Notified involved clerks, judges, and counsel (bas) |
| 92/06/24 | 39 | MOTION/BRIEF TO VACATE CONDITIONAL REMAND ORDER -- Filed by pltfs. Paul A. Johnson, et al. B-12 Paul A. Johnson, et al. v. Investacorp, Inc., et al., S.D. Texas, C.A. No. H-91-363 (N.D. Texas, C.A. No. CA3-89-2607-H) w/cert. of svc. -- Received on 6/23/92 and Filed on 6/24/92 (dld) |

*p. 11*

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 789 -- *In re First American Energy Securities Litigation*

| Date | Ref. | Pleading Description |
|---|---|---|
| 92/07/09 | 40 | RESPONSE -- (Re: pldg. #39) Filed by deft. Investacorp, Inc. w/cert. of svc. (dld) |
| 92/07/13 | 41 | ADOPTION -- (Re: pldg. # 40) Filed by defts. R. B. Marich, Inc. and David Lutz w/cert. of svc. (dld) |
| 92/07/14 | 42 | RESPONSE -- (to pldg. #39) Filed by Defts. Caprock Securities, Inc. and Arlie Fred Jobe -- w/cert. of svc. (rh) |
| 92/07/31 | | WAIVERS OF ORAL ARGUMENT -- (for Panel Hearing on July 31, 1992 in Richmond, Virginia) -- Paul A. Johnson, et al.; Bay Cities National Bank; Caprock Securities, Inc. and Arlie Fred Jobe, Jr.; Corroon & Black of Missouri, Inc.; Resolution Trust Corporation in its Capacity as Receiver for Atlantic Financial Savings, F.A. and Receiver for Atlantic Financial Federal; Deloitte & Touche; R.R. Marich, Inc. and David Lutz (kac) |
| 92/08/10 | | REMAND ORDER -- B-16 Paul A. Johnson, et al. v. Investacorp, Inc., S.D. Texas, C.A. No. H-91-363 (N.D. Texas, C.A. No. 3-89-2607) **(Action was remanded to N.D. Texas)** -- Notified involved counsel, judges, clerks and panel judges (rh) |
| 92/09/11 | 43 | SUGGESTION FOR REMAND -- B-24 Signed by Judge James DeAnda in Southern District of Texas (Dated 9/1/92) (NNG) |
| 92/09/11 | | CONDITIONAL REMAND ORDER FILED TODAY -- B-22 Resolution Trust Corp., as Receiver for Atlantic Financial Federal v. Myra Berman, S.D. Texas, C.A. No. H-91-3205 (D.D.C., C.A. No. 90-2571); B-24 Resolution Trust Corp, v. Richard G. Engel, et al., S. D. Texas, C.A. No. No. H-91-1635 (C.D. California, C.A. No. 90-CV-190) -- Notified involved counsel and judge (NNG) |
| 92/09/29 | | ~~ORDER LIFTING STAY OF CONDITIONAL REMAND ORDER -- (B-22) Resolution Trust Corp. v. Richard Engel, et al., Tex., S., No. H-91-1635 (Calif., C., No. 90-190); (B-24) Resolution Trust Corp., as Receiver for Atlantic Financial Federal v. Myra Berman, Tex., S., No. H-91-3205 (D. D.C., No. 90-2571) -- Notified involved judges and clerks (lg)~~ |
| 92/09/29 | | CONDITIONAL REMAND ORDER FINAL TODAY -- **(B-22)** Resolution Trust Corp. v. Richard Engel, et al., Tex., S., No. H-91-1635 (Calif., C., No. 90-190); **(B-24)** Resolution Trust Corp. as Receiver for Atlantic Financial Federal v. Myra Berman, Tex., S., No. H-91-3205 (D. D.C., No. 90-2571) -- Notified involved judges and clerks (lg) |

JPML Form 1

Revised: 8/78

DOCKET NO. 789 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE TRIAD AMERICAN ENERGY SECURITIES LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates Nov. 17, 1988 | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | Jan. 3, 1989 | TO | Unpublished | S.D. Texas #541 | James DeAnda | |

## Special Transferee Information

DATE CLOSED: 4/30/93

JPML FORM 1

LISTING OF INVOLVED ACTIONS

S.D. Texas
Judge James DeAnda

DOCKET NO. 789 ___ -- ___ IN RE TRIAD AMERICAN ENERGY SECURITIES LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Atlantic Financial Federal v. Cornelius R. Kennelly, et al. | Alaska Fitzgerald | A88-291-Civil | 1/3/89 | H-89-0066 | 2/20/92 R | |
| A-2 | Atlantic Financial Federal v. Ronald B. Fox, et al. | Tex.,N. Fish | 3-87-3027-G | 1/3/89 | H89-0067 | 6/12/89 D | |
| A-3 | John E. Cogan, et al. v. Triad American Energy, et al. | Tex.,S. Hughes | H-87-4106 | | | reassigned 1/24/92 | |
| A-4 | Atlantic Financial Federal v. Larry I. Serota, et al. | Tex.,S. DeAnda | H-87-3049 | | | 12/15/88 D | D |
| A-5 | Atlantic Financial Federal v. Paul Duffy, et al. | Tex.,S. Gibson | G-88-75 H-89-D068 | | | reassigned 1/24/92 | |
| A-6 | Atlantic Financial Federal v. Brent H. Wallace, et al. | Tex.,S. Black | H-88-908 | | | 12/15/88 D | |
| A-7 | Atlantic Financial Federal v. Serling M. Russell, et al. | Tex.,S. Black | H-88-1550 | | | 6/3/91 D | |
| A-8 | Lawrence Alten, et al. v. T.A.E.I., Inc., et al. | Pa.,E. Lord | 87-8343 | 1/3/89 | H-89-0069 | 6/3/92 R | reo opposed |

JBML FORM 1 -- Continuation ⊕

Listing of Involved Actions -- p. 2

DOCKET NO. 789 -- IN RE TRIAD AMERICAN ENERGY SECURITIES LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-9 | Atlantic Financial Federal v. David D. Bruno, et al. | Pa.,E. Gawthrop | 88-0709 I | | | 4/8/88 D | |
| A-10 | Atlantic Financial Federal v. Herman J. Schliesing, et al. DO NOT | Pa.,E. Van Antwerpen | 88-0710 | | | 9/8/88 | |
| A-11 | Atlantic Financial Federal v. Kenneth A. Rowell, et al. DO | Pa.,E. O'Neill | 88-0711 | | | 4/8/88 D | |
| ✓A-12 | Atlantic Financial Federal v. Robert M. Nathanson | Pa.,E. Newcomer | 88-5298 | 1/3/89 | H-89-0070 | 6/3/92 R | all opposed |
| ✓B-13 | Eugene Aaron, et al. v. T.A.E.I., Inc., et al. 1/10/89 | Pa.,E. Lord | 88-8512 | 1-26-89 | H-89-402 H-88-3457 | 11/25/91 4/6/90 | closed closed |
| XYZ-14 | Frank E. Dickson v. Triad American Energy, et al. | Tex.,S. | 88-3457 | | | | |
| ✓XYZ-15 | Atlantic Financial Federal v. Harris A. Shapiro | Tex.,S.- DeAnda Hughes | H-89-1500 H-89-2158 QA3- | | reassigned 1/24/92 | | Trans to Tex.,S. by J. Weiner Pa.,E. |
| ✓B-16 | Paul A. Johnson, et al. v. Investcorp, Inc., et al. | Tex.,N. Sanders | H-89-2607-H | 8/3/90 | H-91-363 | 8-10-92 | |
| XYZ-17 | M.J. Beebe, et al. v. Atlantic Financial Federal, et al. | Texas, S. DeAnda | H-89-3176 | DO NOT CONSOLIDATE MDL | | | |

July 1989 - 5 TR / 6 XYZ / 2 Dis / 9 Pending

July 1990 - 2 XYZ / 11 Pending

[NOTE: Motion in B-16 Pending]
(Johnson (N.Tx.))

Continuation     Listing of Involved Actions -- p. 3

DOCKET NO. 789 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-18 | Atlantic Financial Savings Bank v. Robert H. Gibson, et al. v. Resolution Trust Corporation, et al. 6/14/90 | D.D.C. Revercomb | 90-CV-1122 | 1-2-90 | H91-806 | 5/06/92 R | |
| B-19 | Atlantic Financial Federal v. Lee R. Kunz, II, et al. 9/26/90 | E.D.Pa. Reed | 89-8185 | 10/12/90 | H91-807 | 4-30-93 | closed |
| B-20 | Resolution Trust Corporation as Conservator for Atlantic Financial Savings, F.A. v. Mark Roseman, et al. 1/24/91 | D.D.C. Jackson | 90-CV-2468 | 2/12/91 | 642 H91- 448 | 5/06/92 R | |
| B-21 | Resolution Trust Corporation as Conservator of Atlantic Financial Savings, F.A. v. Glenn E. Miller, et al. v. Atlantic Financial Savings Bank, et al. 2/13/91 | D.D.C. Richey | 91-0092 | 3-1-91 | H91-809 | 5/06/92 R | |
| B-22 | Resolution Trust Corporation v. Richard G. Engel; Richard G. Engel v. Resolution Trust Corporation, et al. 3-4-91 opposed July 1991 5/23/91 | Cal.,C. Taylor | 90-CV-190 | 6/7/91 | A-91-1635 | 9/29/92 R 5% | |
| B-23 | Resolution Trust Corporation as Conservator of Atlantic Financial Savings, F.A. v. Yoshio Terajima; Patricia Terajima v. Resolution Trust Corporation, et al. 6-21-91 | D.D.C. Pratt | 91-0496 | 7-9-91 | 91-2075 | 5/06/92 R | |
| B-24 | Resolution Trust Corporation as Receiver for Atlantic Financial Federal, v. Myra Berman, opposed 8/2/91 7/17/91 | D.D.C. Green | 90-2571 | 10/28/91 | H-91-3205 | 9/29/92 R | |

July 1992 /2 tr/3 reassigned/ 7 remanded / 4 Pending

Sept 1992 - 3 Rem/1 pending

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 789   --   In re Triad American Energy Securities Litigation

(REVISED 9/23/88)

ATLANTIC FINANCIAL FEDERAL
(pltf. A-1 -A-2; A-4 A-7;
 A-9-12) (deft. A-2 and A-8)
DAVID BARR
RAYMOND GIANNINI
LESLIE ALTKEN
Miles H. Shore, Esq.
Saul, Ewing, Remick & Saul
3800 Centre Square West
Philadelphia, PA  19102

JOHN E. COGAN, ET AL. (A-3)
(Defts. listed below)
DAVID D. BRUNO
JOELLA M. BRUNO
KENNETH A. ROWELL
LINDA L. ROWELL
HERMAN J. SCHLIESING
MYRA K. SCHLIESING
LARRY I. SEROTA
SHELLY R. SEROTA
BRENT H. WALLACE
CORALEE M. WALLACE
STERLING M. RUSSELL
JO ANN RUSSELL
RONALD E. FOX
NANCY E. FOX
Edward K. White, III, Esq.
White & Associates
P.O. Box 9949
The Woodlands, TX  77387-6959

ROBERT M. NATHANSON
LAWRENCE ALTEN, ET AL. (A-8)
Gerald P. Egan, Esq.
Neil E. Jokelson & Associates, P.C.
230 South Broad Street
Philadelphia, PA  19102

PAUL DUFFY
BILLIE DUFFY
Ervin A. Apffel, Jr., Esq.
McLeod, Alexander, Powel & Apffel
P.O. Box 629
802 Rosenberg
Galveston, TX  77553

ATLANTIC FINANCIAL SAVINGS BANK
Randy J. McClanahan, Esq.
Baker & Botts
3000 One Shell Plaza
Houston, TX  77002

BAY CITIES NATIONAL BANK
Stephen M. Coren, Esquire
1525 Locust Street
Philadelphia, Pennsylvania  19102

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. __2____

DOCKET NO. _789____ -- In re Triad American Energy Securities Litigation _____

---

SO NYUM KENNELLY
CORNELIUS R. KENNELLY
William J. Donohue, Esq.
Kennelly & Donohue, P.C.
821 "N" Street, Suite 202
Anchorage, AK 99501


DELOITTE. HASKINS & SELLS
O. Clayton Lilienstern, Esq.
Fred Knapp, Jr., Esq.
Andrews & Kurth
4200 Texas Commerce Tower
Houston, TX 77002


   T.A.E.I., INC. (a/k/a TRIAD
    AMERICAN ENERGY, INC.
   RON ELTER
   Ron Elter
   T.A.E.I. Corp.
   Post Office Box 861
   North Palm Springs. CA  92258-0861


ESTATE OF LEONARD BERMAN

Bruce Berman
10660 Wilshire Blvd.
Suite 905
Los Angeles, CA  90020-4525


   JOHN PAUL DAHLEN
   Jerry Clements, Esq.
   12001 No. Central Expressway
   Suite 400 - L.B. 167
   Dallas, TX  75243-3715

   CAPROCK SECURITIES, INC.
   ARLIE FRED JOBE, JR.
   Clinton W. Cook, Esq.
   Barnett, Ward & Cooke
   P.O. Drawer 53310
   Lubbock, TX  79453

---

UNABLE TO DETERMINE COUNSEL OR
  ADDRESS FOR FOLLOWING PARTIES:

JOHN D. BLOM
HERMAN KAUFMAN

FINLEY, KUMBLE, WAGNER, HEINE,
 UNDERBERG, MANLEY & CASEY
ENERGY SCIENCES, INC. (ESI)


  PAUL A. JOHNSON, ET AL. (B-16)
Ervin A. Apffel, Jr., Esq.
McLeod, Alexander, Powel & Apffel
(previously listed, see p. 1)

R.B. MARICH, INC.
DAVID LUTZ
Martin Berliner, Esq.
O'Connor & Hannan
1700 Lincoln St., Suite 4700
Denver, CO  80203

JOHN MITCHELL
MITCHELL MONTGOMERY & ASSOCIATES
W. Ted Minick, Esq.
Winstead, McGuire, Sechrest & Minick
1700 MBank Building
910 Travis Street
Houston, TX  77002-5895

JPML FORM 2A -- Continuation

Counsel of Record -- p. 3

DOCKET NO. 789 -- _____

---

ATLANTIC FINANCIAL SAVINGS BANK (B-18)
Randy J. McClanahan, Esq.
(Already Listed on p. 1)


ROBERT H. GIBSON
PEARL GIBSON (Defts. in B-18)
Glenn E. Miller, Esq.
Miller & Giannini
84 West Santa Clara Street
Suite 800
San Jose, California  95113




RESOLUTION TRUST CORPORATION,
AS RECEIVER FOR ATLANTIC FINANCIAL FEDERAL
_____

Victor Harris, Esq.
Miller, Starr & Regalia
One Kaiser Plaza
Suite 1600
Oakland, California  95612-3683


Unable to determine counsel
or address for:

STEVEN G. BENAVIDES
JOHN CORE, INC.



LEE R. KUNZ, II
MARIA S. KUNZ (Defts. in B-19)
LEE R. KUNZ, II
MARIA S. KUNZ
4096 Youngfield Street
Wheat Ridge, Colorado  80033


---

RESOLUTION TRUST CORPORATION AS CONSERVATOR
FOR ATLANTIC FINANCIAL SAVINGS, F.A. (B-20)
Larry D. Harris, Esquire
Saul, Ewing, Remick & Saul
1020 19th Street, N.W.      1001 Pennsylvania Ave. N.W.
Suite 800                   # 850 - N
Washington, D.C.  20036     Washington, DC 20004-2505

Miles H. Shore, Esquire
(address listed on page 1)


MARK ROSEMAN (deft. in B-20)
(address listed on page 1)


ROBERT LIPSCHUTZ (deft. in B-20)
731 Wright Drive
Maple Glen, Pennsylvania  19002


RESOLUTION TRUST CORPORATION AS CONSERVATOR
OF ATLANTIC FINANCIAL SAVINGS, F.A. (B-21)
Larry D. Harris, Esq.
(Same As B-20)




GLENN E. MILLER
SHARON A. MILLER (Defts. in B-21)
Glenn  E. Miller, Esq.
(Same As Defts. in B-18)

RESOLUTION TRUST CORPORATION (B-22)
Mark M. Rosenthal, Esquire
Joel David Deutsch, Esquire
Jeffer, Mangels, Butler & Marmaro
2121 Avenue of the Stars
Tenth Floor
Los Angeles, California  90067

RICHARD G. ENGEL (Deft. in B-22)
James Toledano, Esquire
Toledano & Wald
2212 Dupont Drive
Suite D
Irvine, California  92715-1543


PACIFIC INLAND BANK (Deft. in B-22)
James Toledano, Esq.
(Listed Above)

JPML FORM 2A -- Continuation  ⊕

Counsel of Record -- p. 4

DOCKET NO. 789 -- _____

---

MICHAEL A. ABRAHAM (Deft. B-22)
Karen J. Kubin, Esq.
Cooley Godward Castro
   Huddleston & Tatum
One Maritime Plaza, 20th Floor
San Francisco, CA  94111-3580


RESOLUTION TRUST CORPORATION AS CONSERVATOR OF
   ATLANTIC FINANCIAL SAVINGS, F.A. (E-23)
Larry D. Harris, Esq.
(Same As B-20)


Ronald R. Cohn, Esq.
Glass, Alper, Goldberg & Cohn
12100 Wilshire Boulevard
Suite 300
Los Angeles, CA  90025


YOSHIO TERAJIMA
PATRICIA TERAJIMA (Defts. in B-23)
Gerald K. Kitano, Esq.
Law Offices of Gerald K. Kitano
3435 Wilshire Blvd., Suite 1800
Los Angeles, CA  90010

Resolution Trust Corporation as Receiver for
Atlantic Financial Federal   (B-24)
Kenneth D. Passon, Esq.
Trent L. Barnes, Esq.
Suchman, Galfin & Passon
5000 Birch Street
East Tower, Suite 420
Newport Beach, California  92660


Larry D. Harris, Esq.
(Same as B-20)


Myra Berman (Deft. in B-24)
Steven J. Lewicky, Esquire
Furey, Doolan & Abell
8401 Connecticut Avenue, PH-1
Chevy Chase, Maryland  20815

*Opposed 8/2/91*

---

INVESTACORP, INC.
Timothy M. Hagan, Esq.
Winstead, McGuire, Sechrest & Minick
910 Travis Building      *Cert. return*
Houston, TX  77002-5895

FREDERICK ROTH
INTEGRATED FINANCIAL RESOURCES
Frederick Roth, Esq.      *CORR. Let.*
101 North Robinson, Suite 1300
Oklahoma City, OK  73102

JPML Form 4                                              Continuation

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. <u>789 -- In re Triad American Energy Securities Litigation</u>

===================================================================

<u>ATLANTIC FINANCIAL FEDERAL (A-1,</u>
<u>Deft. A-8)</u>
Miles H. Shore, Esq.
Saul, Ewing, Remick & Saul
3800 Centre Square West
Philadelphia, PA  19102

<u>ROBERT M. NATHANSON (Deft. A-12)</u>
<u>LAWRENCE ALTEN, ET AL. (A-8)</u>  *opposed 2/18/92*
Neil E. Jokelson, Esq.
Gerard P. Egan, Esq.
Neil E. Jokelson & Associates, PC
230 South Broad Street, 18th Floor
Philadelphia, PA  19102

<u>SO NYUM KENNELLY</u>
<u>CORNELIUS R. KENNELLY</u>
<u>Defts. (A-1)</u>
William J. Donohue, Esq.
Kennelly & Donohue, P.C.
821 "N" Street, Suite 202
Anchorage, AK  99501

<u>T.A.E.I. CORP. (A/K/A/ TRIAD</u>
<u>AMERICAN ENERGY, INC.</u>
<u>RON ELTER  (Defts. A-1)</u>
Ron Elter
TAEI Corp.
Post Office Box 861
North Palm Springs, CA  92258-0861

<u>ALBERT BERMAN (3rd Party Deft. A-1)</u>
(No appearance received)
Al Berman
322 Old Farm Road  *(correct)*
Wyncote, PA  19095

DELOITTE, HASKINS & SNELLS (3rd
<u>Party Deft. A-1)</u>
O. Clayton Lilienstern, Esq.
Fred Knapp, Jr., Esq.
Andrews & Kurth
4200 Texas Commerce Tower
Houston, TX  7002

<u>ATLANTIC FINANCIAL SAVINGS BANK</u>
<u>(3rd Party Deft. A-1)</u>
Randy J. McClanahan, Esq.
Baker & Botts
3000 Shell Plaza
Houston, TX  77002

JPML FORM 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 789 __ In re Triad American Energy Securities Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| T.A.E.I., INC. (a/k/a TRIAD AMERICAN ENERGY, INC.) | A-3, A-8, B-13, B-22, B-23 |
| Bruce A. Berman | A-3, A-8, B-13, B-18, B-21 |
| Ron Elter | A-3, A-8, B-13, B-18, B-21 |
| Albert Berman | A-3, A-8, B-13, B-18, B-21 |
| John D. Blom | A-8, B-13 |
| The Estate of Leonard Berman | A-3, A-8, B-13 |
| Herman Kaufman | A-8, B-13 |
| Atlantic Financial Federal | A-3, A-8, B-19, B-22, B-23 |
| David Barr | A-8, B-18, B-21 |
| Raymond Giannini | A-8 |
| Leslie Aitkin | A-8 |

p.  2

| | |
|---|---|
| Bay Cities National Bank | A-8, B-13 |
| David D. Bruno | A-9 |
| Joella M. Bruno | A-9 |
| Herman J. Schliesing | A-10 |
| Myra K. Schliesing | A-10 |
| Kenneth A. Rowell | A-11 |
| Linda L. Rowell | A-11 |
| Robert M. Nathanson | A-12 |
| Cornelius R. Kennelly | A-1 |
| So Nyum Kennelly | A-1 |
| Larry I. Serota | A-4 |

JPML FORM 3

p. 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 789 -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| Shelly R. Serota | A-4 |
| Finley, Kumble, Wagner, Heine, Undergerg, Manley & Casey | A-5 |
| Deloitte, Haskins & Sells | A-3 |
| Atlantic Financial Savings Bank | A-3, B-15. B-21, B-23 |
| Energy Sciences, Inc. (currently known as ESI) | A-3 |
| Paul Duffy | B-5 |
| Billy Duffy | B-5 |
| Brent H. Wallace | B-6 |
| Coralee M. Wallace | B-6 |
| Sterling M. Russell | B-7 |
| Jo Ann Russell | B-7 |

p.  4

| | |
|---|---|
| Ronald B. Fox | A-2 |
| Nancy E. Fox | A-2 |
| M. L. Phyllis Brown ... (?) | A-2, B-20 |
| R. B. Marich | B-16 |
| David Lutz | B-16 |
| John Mitchell | B-16 |
| Mitchell Montgomery + Associates | B-16 |
| Frederick Roth | B-16 |
| Integrated Financial Resources | B-16 |
| Ivestacorp, Inc | B-16 |
| John Paul Dahlen | B-16 |
| Caprock Sec., Inc | B-16 |
| Arlie Fred Jobe, Jr | B-16 |

JPML FORM 3

p. <u>5</u>

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. <u>789</u> -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| Robert H. Gibson | B-18 |
| Pearl Gibson | B-18 |
| Steven G. Benavides | B-18, B-21 |
| John Gore, Inc. | B-18, B-21 |
| Resolution Trust Corporation, As Receiver for Atlantic Financial Federal | B-18, B-21, B-22, B-23 |
| Robert Lipshutz | B-20 |
| Glenn E. Miller | B-21 |
| Sharon A. Miller | B-21 |
| Richard G. ENGEL | B-22 |
| Pacific Inland Bank | B-22 |
| Yoshio Terajima | B-23 |

p.   6

| | |
|---|---|
| Patricia Terajima | B-23 |
| Myra Berman | B-24 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |