DOCKET NO. 789

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE TRIAD AMERICAN ENERGY SECURITIES LITIGATION

TRANSFER ORDER

This litigation presently consists of nine actions pending in four districts as follows: five actions in the Southern District of Texas, two actions in the Eastern District of Pennsylvania, and one action each in the District of Alaska and the Northern District of Texas.[1]

Presently before the Panel is a motion, pursuant to 28 U.S.C. §1407, by Atlantic Financial Federal to centralize the actions in the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings. Other suggested transferee districts are the Central District of California and the Southern District of Texas.

On the basis of the papers filed and the hearing held, the Panel finds that these actions involve common questions of fact and that centralization under Section 1407 in the Southern District of Texas will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. While legal theories in the constituent actions may vary, all actions share numerous factual questions relating to i) the promotion and sale of partnership interests in wind turbine investments, ii) the financing of the partnership interests, and iii) alleged fraudulent conduct of various parties connected with the partnerships. Centralization under Section 1407 is thus necessary in order to avoid duplication of discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary.

We are persuaded that the Southern District of Texas is the appropriate transferee forum for this docket. Of the districts in which actions are pending in this docket, we note that the Southern District of Texas i) is the district in which the majority of the actions is already pending and in which the majority of the parties is already litigating, and ii) is a centrally located and convenient forum for a litigation likely to involve parties, witnesses and documents from across the United States.

---

[1] The motion originally before the Panel pertained to three additional Eastern District of Pennsylvania actions: Atlantic Financial Federal v. David Bruno, et al., C.A. No. 88-0709; Atlantic Financial Federal v. Herman J. Schliesing, et al., C.A. No. 88-0710; and Atlantic Financial Federal v. Kenneth A. Rowell, et al., C.A. No. 88-0711. The three actions were dismissed prior to the Panel's November 17, 1988, hearing in this docket, however, and therefore the question of transfer with respect to them is moot.

-2-

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the actions listed on the attached Schedule A and pending in districts other than the Southern District of Texas be, and the same hereby are, transferred to the Southern District of Texas and, with the consent of that court, assigned to the Honorable James DeAnda for coordinated or consolidated pretrial proceedings with the actions pending in that district and listed on Schedule A.

                                    FOR THE PANEL:

                                    Andrew A. Caffrey
                                    Chairman

SCHEDULE A

<u>MDL-789 -- In re Triad American Energy Securities Litigation</u>

### District of Alaska

<u>Atlantic Financial Federal v. Cornelius R. Kennelly, et al.</u>, C.A. No. A88-291-Civil

### Northern District of Texas

<u>Atlantic Financial Federal v. Ronald B. Fox, et al., C.A. No. 3-87-3027-G</u>

### Southern District of Texas

<u>John E. Cogan, et al. v. Triad American Energy, et al., C.A. No. H-87-4106</u>
<u>Atlantic Financial Federal v. Larry I. Serota, et al., C.A. No. H-87-3049</u>
<u>Atlantic Financial Federal v. Paul Duffy, et al., C.A. No. G-88-75</u>
<u>Atlantic Financial Federal v. Brent H. Wallace, et al., C.A. No. H-88-908</u>
<u>Atlantic Financial Federal v. Sterling M. Russell, et al., C.A. No. H-88-1550</u>

### Eastern District of Pennsylvania

<u>Lawrence Alten, et al. v. T.A.E.I., Inc., et al., C.A. No. 87-8343</u>
<u>Atlantic Financial Federal v. Robert M. Nathanson, C.A. No. 88-5298</u>